UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BIOMETRICS GROUP, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> INTREPID SOLUTIONS AND SERVICES, INC. and STEPHEN G. HOOD, <br><br>  Defendants. | 12 Civ. 4029 (ALC) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendants Intrepid Solutions and Services, Inc. and Stephen G. Hood (collectively, "Defendants") will move this Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 14A, New York, New York, on June 21, 2012 at 11:30am or at a date and time to otherwise be set by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(2), dismissing the Complaint and each claim for relief asserted against each of the Defendants therein. In support of the motion, Defendants rely upon and expressly adopt and incorporate by reference the contemporaneously filed Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Plaintiff's Complaint For Lack of Jurisdiction, and the accompanying Declarations of Colonel Stephen G. Hood, Lawrence I. Hebert, John Duncan, and Ryan Hebert.

Dated: New York, New York

June 8, 2012

| WEIL, GOTSHAL & MANGES LLP | WROBEL & SCHATZ LLP |
|---|---|
| By: /s/ David R. Fertig<br>David R. Fertig<br>Jared R. Friedmann | By: /s/ Philip R. Schatz<br>Philip R. Schatz |
| 767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007 | 1040 Avenue of the Americas<br>11th Floor<br>New York, New York 10018<br>Tel: (212) 421-8100<br>Fax: (212) 421-8170 |
| *Attorneys for Defendant Intrepid Solutions and Services, Inc.* | *Attorneys for Stephen G. Hood, Colonel, United States Army (Ret.)* |

2